UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGEB Y. HUSSAIN,
Plaintiff,

v.

WELLS FARGO, et al.,
Defendants.

Case No. 26-cv-03300-AMO

**ORDER RE FAILURE TO PROSECUTE**

Re: Dkt. No. 5

On April 20, 2026, Plaintiff, who is representing himself in this action, filed an initial Complaint and application to proceed in forma pauperis ("IFP"). See Dkt. Nos. 1, 2. The Court, the Honorable Sallie Kim presiding, denied Plaintiff's IFP application on April 27, 2026, and set a May 27, 2026 deadline for Plaintiff to file an amended application. Dkt. No. 5. More than two months have passed, yet no further application nor any other filing has been submitted by Plaintiff.

By no later than August 28, 2026, Plaintiff SHALL FILE an amended IFP application that addresses the defects identified by Judge Kim. Failure to file an amended IFP application by the deadline and failure to timely prosecute this action may result in dismissal of this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 28, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**

United States District Court
Northern District of California