United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGEB Y. HUSSAIN,
Plaintiff,

v.

WELLS FARGO, et al.,
Defendants.

Case No. 26-cv-03300-AMO

**ORDER DISMISSING CASE**

Re: Dkt. No. 11

On April 27, 2026, Magistrate Judge Sallie Kim denied Plaintiff's application to proceed in forma pauperis ("IFP") and set a deadline of May 27, 2026, for Plaintiff to file an amended application. Dkt. No. 5. Plaintiff did not file any response. On July 28, 2026, the Court set another deadline, August 28, 2026, for Plaintiff to file an amended application to proceed IFP. *See* Dkt. No. 11. The Court warned that failure to file an IFP application by the deadline and failure to timely prosecute the action would result in dismissal of the case. *See id.* Plaintiff did not file a response by the deadline, and he has not filed any papers since the Court's last order. Therefore, the Court DISMISSES the action for Plaintiff's failure to comply with Court orders and for failure to prosecute the case. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: November 4, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**